UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT HUBER, et al.,<br><br>             Plaintiffs,<br><br>    v.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>            Defendants. | Case No. 24-cv-01348-LJC<br>*Also filed in Case No. 24-cv-01223-AGT*<br><br>**SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

       Plaintiffs in Case No. 24-cv-01348 listed Case No. 24-cv-01223 as related on their civil cover sheet. Both cases are putative class actions that appear to assert overlapping claims against the same defendants. Case No. 24-cv-01348 is therefore REFERRED sua sponte to the Honorable Alex Tse to determine whether it is related to Case No. 24-cv-01348. *See* Civ. L.R. 3-12(c). Any party may file a response supporting or opposing finding the cases related no later than March 11, 2024. *See* Civ. L.R. 3-12(c), 3-12(e), 7-11(b).

       **IT IS SO ORDERED.**

Dated: March 7, 2024

                                                        LISA J. CISNEROS<br>
                                                        United States Magistrate Judge