UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matt Huber, et al.,<br><br>    Plaintiff(s),<br><br>  v.<br><br>Wells Fargo & Company, et al.,<br><br>    Defendant(s). | Case No. 3:24-cv-01348-LJC<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**<br>(CIVIL LOCAL RULE 11-3) |

I, Thomas A. Zimmerman, Jr., an active member in good standing of the bar of N.D. Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs Matt Huber, Natalya Kashirina, Christopher Barker, & Nazia Barker in the above-entitled action. My local co-counsel in this case is Alisa Rose Adams, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 277697.

| | |
|---|---|
| 77 W. Washington St., Ste. 1220, Chicago, IL 60602 | 26100 Towne Center Dr., Foothill Ranch, CA 92610 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (312) 440-0020 | (949) 200-8755 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| tom@attorneyzim.com | aadams@dannlaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6231944.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 3 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/11/24

Thomas A. Zimmerman, Jr.
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Thomas A. Zimmerman, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 12, 2024

UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Thomas A. Zimmerman Jr

*Northern District of Illinois*

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Thomas A. Zimmerman Jr was duly admitted to practice in said Court on (09/05/1996) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (10/04/2023 )

        Thomas G. Bruton , Clerk,

        By:  London McGarr
            Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ LONDON MCGARR
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
October 4, 2023